DEICHES, Respondent, v. WESTERN DEVELOPMENT CO., Appellant. · (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Maurice Deiches, as receiver, against the Western Development Company. F. Bien, of New York City, for appellant. G. M. Mackellar, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1112.

---

DELAHUNTY, Appellant, v. SULLIVAN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Thomas J. Delahunty against Daniel Sullivan, as president, etc., and others. C. S. Bostwick, of New York City, for appellant. O'Brien, Malevinsky & Driscoll, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

DELEHANTY v. DUNN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Francis J. Delehanty against Bart Dunn. No opinion. Motion granted, with $10 costs. Order filed. See, also, 151 App. Div. 695, 136 N. Y. Supp. 193.

---

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., against Alfredo Del Genovese. No opinion. Motion denied, and stay vacated, with $10 costs. See, also, 148 N. Y. Supp. 1112.

---

DE SIMONE, Appellant, v. YONKERS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Catello De Simone against the Yonkers Railroad Company.

PER CURIAM. In view of the fact that the alleged stipulation was not made in open court before the referee, it is doubtful whether it may be enforced under rule 11 of the court rules. We think that the motion should have been denied. The order is reversed, with $10 costs and disbursements, and the motion denied, without costs.

---

DICKINSON et al., Respondents, v. CORNELL UNIVERSITY CLUB, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Grace G. Dickinson and others against the Cornell University Club. H. Hasbrouck, of New York City, for appellant. A. C. Vandiver, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

DIENER, Respondent, v. CERF, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Louis B. Diener against Gustave Cerf. B. Reass, of Brooklyn, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Settle order on notice.

---

DIETZ, Respondent, v. DIETZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Edith A. Dietz against John Dietz. No opinion. Order reversed, without costs, and matter remitted to the Special Term, where the plaintiff may have an opportunity to file answering affidavits, and be heard on the question of a change of venue for the convenience of witnesses.

---

DIOGUARDI, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Francisco Dioguardi against the Nassau Electric Railroad Company.

PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. The decision of the Court of Appeals in Moore v. Rochester Ry. Co., 204 N. Y. 309, 97 N. E. 714, 49 L. R. A. (N. S.) 505, was presented in the briefs of counsel, and considered by this court in its decision. In view of the instruction of the trial court at folio 374 of the record, we thought that whatever error may have been made in the earlier part of the charge of the trial court was cured.

---

DOLPHIN v. PENDLETON. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by M. Martin Dolphin against Fields S. Pendleton. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

DOUGHERTY, Respondent, v. NORWICH GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by William E. Dougherty against the Norwich Gas & Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

DUDDY v. STANDARD OIL CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Annie Duddy, as administratrix, etc., of Michael Duddy, deceased, against the Standard Oil Company of New York and the Petroleum Iron Works Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, on the ground that the fact (essential to plaintiff's recovery) that one of defendant's employés removed the lashing is made to rest upon inference only. Probably